AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

**RECEIVED SEP -7 2017**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:17-811 |
| | ) | |
| TERRENCE VERNON DUNLAP a/k/a "Tex" | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* TERRENCE VERNON DUNLAP a/k/a "Tex",

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Section 846

Date: 09/06/2017

s/Jennifer Peterson
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

City and state: Columbia, South Carolina

### Return

This warrant was received on *(date)* SEP -7 2017, and the person was arrested on *(date)* 10/12/17
at *(city and state)* Columbia, SC.

Date: 10/24/17

FBI SA Jason Greenas
*Arresting officer's signature*

By: P. Schwartz, CPS
*Printed name and title*