IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 3:17-811 |
| | ) | |
| vs. | ) | |
| | ) | |
| GLENN QUANTA PERNELL | ) | |
| WHITNEY SAD'E PERNELL | ) | **VERDICT** |
| FATIMA FLESINEARS FORD | ) | |
| SANTERRIO MONTINEZ SMITH | ) | |
| TERRENCE VERNON DUNLAP | ) | |

WE, THE JURY, following due deliberations in the above matter, unanimously return the following verdict:

### COUNT 1:

Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine, Cocaine Base ("Crack" Cocaine), or Heroin

1. As to Count 1, we find the defendant, GLENN QUANTA PERNELL,

    _____ Not Guilty

    ✓ Guilty

WE, THE JURY, unanimously find the amount and type of controlled substances attributable to the defendant, GLENN QUANTA PERNELL, are as follows:

(Note: "Attributable to the defendant" means the amount of controlled substances possessed with intent to distribute or distributed by the defendant personally and also the amount possessed with intent to distribute or distributed by other members of the conspiracy, so long as the actions of those co-conspirators were both reasonably foreseeable to the defendant and in furtherance of the jointly undertaken criminal activity.)

| Cocaine | Heroin |
|---|---|
| ☐ None | ☐ None |
| ☐ A detectable amount | ☐ A detectable amount |
| ☐ 500 grams or more | ☐ 100 grams or more |
| ☑ 5 kilograms or more | ☑ 1 kilogram or more |

2. As to Count 1, we find the defendant, WHITNEY SAD'E PERNELL,

   _____ Not Guilty

   \_\_✓\_\_\_ Guilty

   WE, THE JURY, unanimously find the amount and type of controlled substances attributable to the defendant, WHITNEY SAD'E PERNELL, are as follows:

   Cocaine
   ☐ None
   ☐ A detectable amount
   ☐ 500 grams or more
   ☑ 5 kilograms or more

   Heroin
   ☐ None
   ☐ A detectable amount
   ☐ 100 grams or more
   ☑ 1 kilogram or more

3. As to Count 1, we find the defendant, FATIMA FLESINEARS FORD,

   _____ Not Guilty

   \_\_✓\_\_\_ Guilty

   WE, THE JURY, unanimously find the amount and type of controlled substances attributable to the defendant, FATIMA FLESINEARS FORD, are as follows:

   Cocaine
   ☐ None
   ☐ A detectable amount
   ☐ 500 grams or more
   ☑ 5 kilograms or more

   Heroin
   ☐ None
   ☐ A detectable amount
   ☐ 100 grams or more
   ☑ 1 kilogram or more

4. As to Count 1, we find the defendant, SANTERRIO MONTINEZ SMITH,

   _____ Not Guilty

   \_\_✓\_\_ Guilty

WE, THE JURY, unanimously find the amount and type of controlled substances attributable to the defendant, SANTERRIO MONTINEZ SMITH, are as follows:

| Cocaine | Cocaine Base ("Crack") | Heroin |
|---|---|---|
| ☐ None | ☐ None | ☐ None |
| ☐ A detectable amount | ☐ A detectable amount | ☐ A detectable amount |
| ☐ 500 grams or more | ☐ 28 grams or more | ☑ 100 grams or more |
| ☑ 5 kilograms or more | ☑ 280 grams or more | |

5. As to Count 1, we find the defendant, TERRENCE VERNON DUNLAP,

   _____ Not Guilty

   \_\_✓\_\_ Guilty

WE, THE JURY, unanimously find the amount and type of controlled substances attributable to the defendant, TERRENCE VERNON DUNLAP, are as follows:

| Cocaine | Heroin |
|---|---|
| ☐ None | ☐ None |
| ☐ A detectable amount | ☐ A detectable amount |
| ☐ 500 grams or more | ☑ 100 grams or more |
| ☑ 5 kilograms or more | |

**COUNT 2:**

Use of a Communications Facility in Furtherance of a Drug Trafficking Crime

6. As to Count 2, we find the defendant, GLENN QUANTA PERNELL,

    _____ Not Guilty

    ✓ Guilty

**COUNT 4:**

Use of a Communications Facility in Furtherance of a Drug Trafficking Crime

7. As to Count 4, we find the defendant, GLENN QUANTA PERNELL,

    _____ Not Guilty

    ✓ Guilty

**COUNT 8:**

Use of a Communications Facility in Furtherance of a Drug Trafficking Crime

8. As to Count 8, we find the defendant, GLENN QUANTA PERNELL,

    _____ Not Guilty

    ✓ Guilty

9. As to Count 8, we find the defendant, WHITNEY SAD'E PERNELL,

    _____ Not Guilty

    ✓ Guilty

**COUNT 12:**

Use of a Communications Facility in Furtherance of a Drug Trafficking Crime

10. As to Count 12, we find the defendant, GLENN QUANTA PERNELL,

    _____ Not Guilty

    ✓ Guilty

## COUNT 21:

Use of a Communications Facility in Furtherance of a Drug Trafficking Crime

11. As to Count 21, we find the defendant, SANTERRIO MONTINEZ SMITH,

_____ Not Guilty

✓ Guilty

12. As to Count 21, we find the defendant, TERRENCE VERNON DUNLAP,

_____ Not Guilty

✓ Guilty

## COUNT 22:

Use of a Communications Facility in Furtherance of a Drug Trafficking Crime

13. As to Count 22, we find the defendant, SANTERRIO MONTINEZ SMITH,

_____ Not Guilty

✓ Guilty

## COUNT 41:

Possession with Intent to Distribute and Distribution of Heroin

14. As to Count 41, we find the defendant, SANTERRIO MONTINEZ SMITH,

_____ Not Guilty

✓ Guilty

## COUNT 49:

Possession with Intent to Distribute Cocaine Base ("Crack" Cocaine)

15. As to Count 49, we find the defendant, TERRENCE VERNON DUNLAP,

_____ Not Guilty

✓ Guilty


Foreperson's Signature

Foreperson's Printed Name

August __21__, 2019
Columbia, South Carolina